IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEVIN ECCLES,

    Plaintiff,

v.

JENKINS CORRECTIONAL FACILITY;
RALPH KEMP, Warden; and
BENNET KNIGHT,

    Defendants.

CIVIL ACTION NO.: CV613-114



## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal. Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Pursuant to FED. R. CIV. P. 41(a)(1), this case is **DISMISSED**, without prejudice. The Clerk is hereby authorized and directed to close this case.

**SO ORDERED**, this 30 day of Jan, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)